UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| CONNIE F. MATHENY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 1:17-cv-00031 |
|  | ) | **CHIEF JUDGE CRENSHAW** |
| HICKMAN COUNTY, TENNESSEE, et al., | ) |  |
|  | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending the Complaint be dismissed for failure to prosecute. (Doc. No. 42.) No timely objections have been filed. The Court has conducted a de novo review of the record, and agrees with the recommended disposition. Accordingly, the Report and Recommendation (Doc. No. 42) is **ADOPTED**.

Defendants' Motion to Dismiss for Lack of Prosecution (Doc. No. 41) is **DENIED AS MOOT**. The Complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE